UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Russell D. Lee,

Plaintiff,

v.

Wyeth-Ayerst Laboratories and American Home Products Corporation,

Defendants.

Civil 01-1610 JMR/FLN

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: Sept 6, 2001.

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge

(2)

SEP - 6 2001
FILED
Richard D. Sletten, CLERK
Judgment Ent'd.
Deputy Clerk's Initials

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge ARTHUR J. BOYLAN.

NEW CASE NUMBER 01-1610 JMR/AJB
Use this case number for all further filings.