UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RUSSELL D. LEE,

Plaintiff,

v.

WYETH-AYERST LABORATORIES, ET AL.,

Defendants.

Case No. 01-1610 JMR/AJB

NOTICE OF CANCELLATION

---

The Court having been advised that this case will be transferred pursuant to a multidistrict litigation transfer order, you are hereby given notice that the pretrial conference scheduled to be held on December 5, 2001 at 1:30 p.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been canceled.

Dated: 10/31/01

Arthur J. Boylan
U. S. Magistrate Judge

Filed OCT 31 2001
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________